IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: HOLLY L. FRY ) | |
| **Debtor** ) | |
| ) | CHAPTER 13 |
| AMERICREDIT FINANCIAL ) | |
| SERVICES, INC. dba GM FINANCIAL ) | Case No.: 17-17480 (MDC) |
| **Moving Party** ) | |
| ) | **Hearing Date:  12-4-18 at 10:30 AM** |
| v.    ) | |
| ) | |
| HOLLY L. FRY ) | 11 U.S.C. 362 |
| THOMAS J. FARRELL ) | |
| **Respondent** ) | 11 U.S.C. 1301 |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** ) | |
| ) | |
| ) | |

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between GM Financial and the Debtor in settlement of the Motion For Stay Relief And Co-Debtor Relief, and filed on or about January 2, 2019, in the above matter is APPROVED.

Dated:  January 22, 2019

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE