United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-17480-mdc
Holly L. Fry                                                        Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 1          Date Rcvd: Jan 23, 2019
                          Form ID: pdf900         Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2019.
```
db             +Holly L. Fry,    2218 E. Cumberland Street,    Philadelphia, PA 19125-2204
cr             +Specialized Loan Servicing LLC,    14841 Dallas Pkwy Suite 300,    Dallas, TX 75254-7883
cr             +U.S. BANK NATIONAL ASSOCIATION,    14841 Dallas Parkway #425,    Dallas, TX 75254-8067
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jan 24 2019 02:39:08     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 24 2019 02:38:50
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jan 24 2019 02:38:59     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jan 24 2019 02:50:32
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 165028,    Irving, TX 75016-5028
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 24 2019 02:50:41     Orion (VERIZON),
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Specialized Loan Servicing LLC,    14841 Dallas Pkwy Suite 300,    Dallas, TX 75254-7883
                                                                                              TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2019 at the address(es) listed below:
```
              BRAD J. SADEK    on behalf of Debtor Holly L. Fry brad@sadeklaw.com,    bradsadek@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc dba GM
               Financial ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 5
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: HOLLY L. FRY ) | |
| **Debtor** ) | |
| ) | CHAPTER 13 |
| AMERICREDIT FINANCIAL ) | |
| SERVICES, INC. dba GM FINANCIAL ) | Case No.: 17-17480 (MDC) |
| **Moving Party** ) | |
| ) | **Hearing Date: 12-4-18 at 10:30 AM** |
| v. ) | |
| ) | |
| HOLLY L. FRY ) | 11 U.S.C. 362 |
| THOMAS J. FARRELL ) | |
| **Respondent** ) | 11 U.S.C. 1301 |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** ) | |
| ) | |
| ) | |

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between GM Financial and the Debtor in settlement of the Motion For Stay Relief And Co-Debtor Relief, and filed on or about January 2, 2019, in the above matter is APPROVED.

Dated:  January 22, 2019

BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE