UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | |
|---|---|
| In Re: Holly L. Fry<br><br>　　　　Debtor. | Case No.: 17-17480-mdc<br><br>CHAPTER 13<br><br>**REQUEST FOR NOTICE** |

**REQUEST OF AMIP MANAGEMENT, LLC FOR SERVICE OF NOTICES**

**PURSUANT TO FED. R. BANKR. P. 2002(g)**

TO:    UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL INTERESTED PARTIES

**PLEASE TAKE NOTICE** that AMIP Management, LLC as servicer for Wilmington Savings Fund Society, FSB, as Owner Trustee of the Residential Credit Opportunities Trust V-C, a creditor in the above – captioned bankruptcy case, hereby requests notice of all events, pleadings, or documents filed in the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002 and 9007, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors' committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

1    AMIP Management, LLC requests that for all notice purposes and for inclusion in the
2    Master Mailing List in this case, the following address be used:

3    **PHYSICAL ADDRESS:**                                **EMAIL ADDRESS:**
     AMIP Management, LLC                                 amipbk@ghidottiberger.com
4    3020 Old Ranch Parkway, Suite 180
     Seal Beach, CA 90740
5

6

7

8    Dated:  May 21, 2019                    By: */s/ Michelle Ghidotti-Gonsalves*
                                              Michelle Ghidotti-Gonsalves, as Authorized
9                                             Agent
                                              Maxine Evans
10                                            AMIP Management
                                              Vice-President Default
11                                            P.O. Box 2741
                                              Seal Beach, CA 90740
12                                            562-735-6555 x-110
                                              amipbk@ghidottiberger.com
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**2**
REQUEST FOR NOTICE

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA (PHILADELPHIA)

| | |
|---|---|
| In Re: Holly L. Fry <br><br> Debtor. | Case No.: 17-17480-mdc <br><br> CHAPTER 13 <br><br> **CERTIFICATE OF SERVICE** |

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California.  I am over the age of eighteen and not a party to the within action.  My business address is: 1920 Old Tustin Avenue, Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On May 21, 2019 I served the following documents described as:

- **REQUEST FOR NOTICE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor** | **Debtor's Counsel** |
|---|---|
| Holly L. Fry | Brad J. Sadek |
| 2218 E. Cumberland Street | Sadek and Cooper |
| Philadelphia, PA 19125 | 1315 Walnut Street |
|  | Suite 502 |
| **Trustee** | Philadelphia, PA 19107 |
| William C. Miller, Esq. |  |
| Chapter 13 Trustee | **U.S. Trustee** |
| P.O. Box 1229 | United States Trustee |
| Philadelphia, PA 19105 | Office of the U.S. Trustee |
|  | 833 Chestnut Street |
|  | Suite 500 |
|  | Philadelphia, PA 19107 |

__xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx_(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

   Executed on May 21, 2019 at Santa Ana, California

*/s/ Marlen Gomez*
Marlen Gomez

**4**
REQUEST FOR NOTICE