United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 17-17480-mdc
Holly L. Fry                                                           Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: JEGilmore   Page 1 of 1   Date Rcvd: Jun 19, 2019
                        Form ID: trc          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 21, 2019.
14289470     +U.S. BANK TRUST NATIONAL ASSOCIATION,,    AS TRUSTEE OF THE LODGE SERIES III TRUST,
           c/o BSI Financial Services,    1425 Greenway Drive, Ste 400,    Irving, TX 75038-2480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 21, 2019                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2019 at the address(es) listed below:
          BRAD J. SADEK    on behalf of Debtor Holly L. Fry brad@sadeklaw.com,  bradsadek@gmail.com
          KEVIN G. MCDONALD    on behalf of Creditor   Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor   AmeriCredit Financial Services, Inc dba GM Financial ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                    TOTAL: 5

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 17-17480-mdc
Chapter 13

In re: Debtor(s) (including Name and Address)

Holly L. Fry
2218 E. Cumberland Street
Philadelphia PA 19125

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 06/18/2019.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 19: U.S. BANK TRUST NATIONAL ASSOCIATION,, AS TRUSTEE OF THE LODGE SERIES III TRUST, c/o BSI Financial Services, 1425 Greenway Drive, Ste 400, Irving, TX 75038 | Wilmington Savings Fund<br>c/o AMIP Management<br>3020 Old Ranch Parkway, Suite 180<br>Seal Beach, CA 90740 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   06/21/19

Tim McGrath
**CLERK OF THE COURT**