IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Holly L. Fry,<br>    Debtor, | )<br>)  Case No.: 17-17480-mdc<br>)  Chapter 13<br>) |
| Wilmington Savings Fund Society,<br>FSB, as Owner Trustee of the<br>Residential Credit Opportunities Trust<br>V-C | )<br>)<br>)<br>) |
|     Movant.<br>     v. | )<br>)<br>) |
| Holly L. Fry,<br>    Respondent | )<br>)<br>) |
| and | ) |
| William C. Miller, Esquire | )<br>) |

## ORDER MODIFYING AUTOMATIC STAY

**ORDERED AND DECREED THAT:** The Automatic Stay of all proceedings, as provided under 11 U.S.C. §362 is modified with respect to real property located **2218 E. Cumberland Street, Philadelphia, PA 19125.** ("Premises") as to allow Wilmington Savings Fund Society, FSB, as Owner Trustee of The Residential Funding Opportunities Trust V-C or its Successor or Assignee to take any legal action for enforcement of its right under state law and the loan documents; and it is further

**ORDERED THAT:** The relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code; and it is further

**ORDERED THAT:** the relief granted by this order shall be effective immediately and shall not be subject to the fourteen (14) day period set forth in Bankruptcy Rule 4001(a)(3).

_Magdeline D. Coleman_
U.S. Bankruptcy Judge

8/22/19