United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-17480-mdc
Holly L. Fry                                                              Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Christina          Page 1 of 1           Date Rcvd: Aug 22, 2019
                         Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2019.
db          +Holly L. Fry,    2218 E. Cumberland Street,    Philadelphia, PA 19125-2204

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2019 at the address(es) listed below:
      BRAD J. SADEK    on behalf of Debtor Holly L. Fry brad@sadeklaw.com, bradsadek@gmail.com
      KATHRYN MARY WAKEFIELD    on behalf of Creditor   Wilmington Savings Fund Society FSB Owner Trustee of the Residential Credit Opportunities Trust V-C kathryn@dwaldmanlaw.com
      KEVIN G. MCDONALD    on behalf of Creditor   Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
      WILLIAM EDWARD CRAIG    on behalf of Creditor   AmeriCredit Financial Services, Inc dba GM Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                            TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: Holly L. Fry,<br>    Debtor, | )<br>)  Case No.: 17-17480-mdc<br>)  Chapter 13<br>) |
| Wilmington Savings Fund Society,<br>FSB, as Owner Trustee of the<br>Residential Credit Opportunities Trust<br>V-C | )<br>)<br>)<br>)<br>) |
|     Movant.<br>    v. | )<br>)<br>) |
| Holly L. Fry,<br>    Respondent | )<br>)<br>) |
| and | )<br>) |
| William C. Miller, Esquire | ) |

## ORDER MODIFYING AUTOMATIC STAY

**ORDERED AND DECREED THAT:** The Automatic Stay of all proceedings, as provided under 11 U.S.C. §362 is modified with respect to real property located **2218 E. Cumberland Street, Philadelphia, PA 19125.** ("Premises") as to allow Wilmington Savings Fund Society, FSB, as Owner Trustee of The Residential Funding Opportunities Trust V-C or its Successor or Assignee to take any legal action for enforcement of its right under state law and the loan documents; and it is further

**ORDERED THAT:** The relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code; and it is further

**ORDERED THAT:** the relief granted by this order shall be effective immediately and shall not be subject to the fourteen (14) day period set forth in Bankruptcy Rule 4001(a)(3).

*Magdeline D. Coleman*
U.S. Bankruptcy Judge

8/22/19