**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

        Chapter 13

        Bankruptcy No. 17-17480-MDC

HOLLY L FRY

2218 E. CUMBERLAND STREET

PHILADELPHIA, PA 19125

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    HOLLY L FRY

    2218 E. CUMBERLAND STREET

    PHILADELPHIA, PA 19125

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

Date: 11/21/2019

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee