United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-17480-mdc
Holly L. Fry                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: JEGilmore          Page 1 of 2             Date Rcvd: Dec 20, 2019
                              Form ID: pdf900          Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2019.
```
db          +Holly L. Fry,    2218 E. Cumberland Street,    Philadelphia, PA 19125-2204
cr          +Specialized Loan Servicing LLC,    14841 Dallas Pkwy Suite 300,    Dallas, TX 75254-7883
cr          +U.S. BANK NATIONAL ASSOCIATION,    14841 Dallas Parkway #425,    Dallas, TX 75254-8067
cr          +Wilmington Savings Fund Society FSB Owner Trustee,    c/o Dwaldmanlaw PC,    4900 Carlisle Pike,
              # 182,   Mechanicsburg, PA 17050-7709
14329991    +AMIP Management, LLC,    c/o Michelle Ghidotti-Gonsalves,    3020 Old Ranch Parkway, Suite 180,
              Seal Beach, CA 90740-2799
14223635    +AmeriCredit Financial Services., Inc,    c/o William E. Craig, Esquire,    Morton & Craig, LLC,
              110 Marter Ave. Suite 301,    Moorestown, NJ 08057-3125
14296118    +BSI Financial Services,    c/o Raymond Valderrama,    1425 Greenway Drive, Ste 400,
              Irving, TX 75038-2480
14009137    +Deville Asset Management, LTD,    P.O.Box 1987,    Colleyville, TX 76034-1987
14009138    +Eos Cca,    700 Longwater Dr,   Norwell, MA 02061-1624
14009140    +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
14009141     Fst Premier,    601 S Minneapolis Ave,    Sioux Falls, SD 57104
14009142    +Intrst Ctc,    21 West Fornance St,    Norristown, PA 19401-3300
14009144    +Midwest Recovery Syste,    Po Box 899,    Florissant, MO 63032-0899
14047006    +Milk Industry Management Corp.,    t/a Balford Farms,    c/o Amato Keating and Lessa, P.C.,
              107 North Commerce Way,    Bethlehem PA 18017-8913
14088488    +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129-2386
14009146    +Stellar Recovery Inc,    Attn: Bankruptcy,    Po Box 48370,    Jackonville, FL 32247-8370
14009147    +Trident Asset Management,    Attn: Bankruptcy,    Po Box 888424,    Atlanta, GA 30356-0424
14289470    +U.S. BANK TRUST NATIONAL ASSOCIATION,,    AS TRUSTEE OF THE LODGE SERIES III TRUST,
              c/o BSI Financial Services,    1425 Greenway Drive, Ste 400,    Irving, TX 75038-2480
14327111    +Wilmington Savings Fund,    c/o AMIP Management,    3020 Old Ranch Parkway, Suite 180,
              Seal Beach, CA 90740-2799
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Dec 21 2019 03:08:28     City of Philadelphia,
              City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 21 2019 03:07:54
              Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 21 2019 03:08:26     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr          +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 21 2019 03:15:17
              Capital One Auto Finance, a division of Capital On,    P.O. Box 165028,    Irving, TX 75016-5028
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2019 03:13:54     Orion (VERIZON),
              c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14043298     E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Dec 21 2019 03:07:50
              Americredit Financial Services, Inc.,    Dba GM Financial,    P.O Box 183853,
              Arlington, TX 76096
14080685    +E-mail/Text: g20956@att.com Dec 21 2019 03:08:49     AT&T Mobility II LLC,
              %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
              BEDMINSTER, NJ 07921-2693
14009128    +E-mail/Text: EBNProcessing@afni.com Dec 21 2019 03:08:22     Afni,   Attn: Bankruptcy,
              Po Box 3097,    Bloomington, IL 61702-3097
14009129    +E-mail/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Dec 21 2019 03:07:50
              AmeriCredit/GM Financial,    Po Box 183853,    Arlington, TX 76096-3853
14087725     E-mail/PDF: resurgentbknotifications@resurgent.com Dec 21 2019 03:14:02
              Ashley Funding Services, LLC its successors and,    assigns as assignee of Syndicated,
              Office Systems, Inc.,    Resurgent Capital Services,    PO Box 10587,
              Greenville, SC 29603-0587
14027647     E-mail/Text: bankruptcy@bbandt.com Dec 21 2019 03:07:47     BB&T Bankruptcy,    PO Box 1847,
              Wilson NC 27894
14096519     E-mail/Text: megan.harper@phila.gov Dec 21 2019 03:08:28     City of Philadelphia,
              Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
              Philadelphia, PA  19102-1595
14009130    +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 21 2019 03:15:16     Capital One,
              Attn: General Correspondence/Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14013949    +E-mail/PDF: acg.acg.ebn@americaninfosource.com Dec 21 2019 03:13:54
              Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
              P.O. Box 165028,    Irving, TX 75016-5028
14009136    +E-mail/PDF: creditonebknotifications@resurgent.com Dec 21 2019 03:14:02     Credit One Bank Na,
              Po Box 98873,    Las Vegas, NV 89193-8873
14009137    +E-mail/Text: Boldfield@devilleltd.com Dec 21 2019 03:07:42     Deville Asset Management, LTD,
              P.O.Box 1987,    Colleyville, TX 76034-1987
14009139    +E-mail/Text: bknotice@ercbpo.com Dec 21 2019 03:08:18     ERC/Enhanced Recovery Corp,
              Attn: Bankruptcy,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
14087847     E-mail/PDF: resurgentbknotifications@resurgent.com Dec 21 2019 03:14:03
              LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
              FNBM, LLC,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
```

```
District/off: 0313-2          User: JEGilmore              Page 2 of 2               Date Rcvd: Dec 20, 2019
                              Form ID: pdf900              Total Noticed: 44


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14088256       E-mail/PDF: resurgentbknotifications@resurgent.com Dec 21 2019 03:14:03
                 LVNV Funding, LLC its successors and assigns as,    assignee of Bluestem Brands, Inc.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14009143      +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 21 2019 03:15:27
                 LVNV Funding/Resurgent Capital,    Po Box 10497,    Greenville, SC 29603-0497
14009145       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2019 03:15:18
                 Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
14020855       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2019 03:37:01
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14009551      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2019 03:13:54
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14025901      +E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 21 2019 03:08:23     Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14009148      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 21 2019 03:07:40
                  Verizon,    Verizon Wireless Bankruptcy Administrati,    500 Tecnolgy Dr Ste 500,
                 Weldon Springs, MO 63304-2225
14061606      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 21 2019 03:15:28     Verizon,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 26

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE O
cr             Wilmington Savings Fund
cr*           +Specialized Loan Servicing LLC,    14841 Dallas Pkwy Suite 300,    Dallas, TX 75254-7883
14046737*     ++AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: AmeriCredit Financial Services, Inc,   dba GM Financial,
                 P O Box 183853,    Arlington, TX 76096)
14009132*     +Central Financial Control,    Attn: Bankruptcy,   Po Box 66044,    Anaheim, CA 92816-6044
14009133*     +Central Financial Control,    Attn: Bankruptcy,   Po Box 66044,    Anaheim, CA 92816-6044
14009134*     +Central Financial Control,    Attn: Bankruptcy,   Po Box 66044,    Anaheim, CA 92816-6044
14009135*     +Central Financial Control,    Attn: Bankruptcy,   Po Box 66044,    Anaheim, CA 92816-6044
14343729*     +Wilmington Savings Fund,    c/o AMIP Management,    3020 Old Ranch Parkway, Suite 180,
                 Seal Beach, CA 90740-2799
14009131      ##+Central Financial Control,    Attn: Bankruptcy,   Po Box 66044,    Anaheim, CA 92816-6044
                                                                                   TOTALS: 2, * 7, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2019                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2019 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Holly L. Fry brad@sadeklaw.com, bradsadek@gmail.com
              KATHRYN MARY WAKEFIELD    on behalf of Creditor    Wilmington Savings Fund Society FSB Owner
               Trustee of the Residential Credit Opportunities Trust V-C kathryn@dwaldmanlaw.com
              KEVIN G. MCDONALD    on behalf of Creditor    Specialized Loan Servicing LLC bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc dba GM
               Financial ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                              TOTAL: 6
```

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 13 |
| HOLLY L FRY | |
| Debtor | Bankruptcy No. 17-17480-MDC |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

December 19, 2019

_____
Magdeline D. Coleman
Chief Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

Debtor:
HOLLY L FRY

2218 E. CUMBERLAND STREET

PHILADELPHIA, PA 19125